AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

2013 NOV -  11:59
TX EASTE
BY

| | |
|---|---|
| PENOVIA LLC | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:13-cv-770 |
| ACTIONTEC ELECTRONICS, INC. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ACTIONTEC ELECTRONICS, INC.
c/o C T CORPORATION SYSTEM
350 N. ST. PAUL ST. STE. 2900
DALLAS, TX 75201-4234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Craig Tadlock
Tadlock Law Firm PLLC
2701 Dallas Parkway, Suite 360
Plano, TX 75093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/27/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-CV-770

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ACTIONTEC ELECTRONICS, INC.
was received by me on *(date)*   10/01/2013

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: DELIVERED BY CERTIFIED MAIL, RETURN RECIEPT REQUESTED TO ACTIONTEC ELECTRONICS, INC. BY DELIVERING TO ITS' REGISTERED AGENT, CT CORPORATION SYSTEM, BY DELIVERING TO ITS' AUTHORIZED AGENT, CHRISTOPHER S. WELLS AT 350 N. SAINT PAUL STREET, SUITE 2900 ***

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   10/21/2013

*Server's signature*

CHARITY N. COLEMAN, P.P.S. SCH 2761
*Printed name and title*

5470 LYNDON B. JOHNSON FREEWAY
DALLAS, TEXAS 75240
*Server's address*

Additional information regarding attempted service, etc:
*** DALLAS, TEXAS 75201 ON 10/03/2013 AT 10:02AM. U.S.P.S. FORM 3811 SIGNED BY CHRISTOPHER S. WELLS IS ATTACHED TO THIS FORM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ACTIONTEC ELECTRONICS, INC.
C/O  C T CORPORATION SYSTEM

350 N. ST. PAUL STREET, SUITE 2900
DALLAS          TX        75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Christopher S. Wells

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)       7012 1010 0000 7960 6774

PS Form 3811, February 2004    Domestic Return Receipt    274 0479    102595-02-M-1540